IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Jason Paul Arnold, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:15cv141 |
| vs. : | |
| : | Judge Susan J. Dlott |
| Deborah S. Hunt, : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on March 6, 2015 (Doc. 8), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired March 23, 2015, hereby ADOPTS said Report and Recommendation.

Accordingly, the plaintiff's complaint (Doc. 1) is DISMISSED with prejudice pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915(A)(b)(1).

The Court certifies pursuant to 28 U.S.C. §1915(a)(3) that an appeal of any Order adopting the Report and Recommendation will not be taken in good faith, therefore DENYING plaintiff leave to appeal *in forma pauperis*.  See *McGore v. Wrigglesworth,* 114F.3d 601 (6th Cir. 1997).

IT IS SO ORDERED.

                                                                                           s/Susan J. Dlott
                                                                                           Judge Susan J. Dlott
                                                                                           United States District Court